417 A.2d 760

Commonwealth v. Wilson, Appellant.

Submitted March 12, 1979.   Marilyn C. Zilli, Assistant Public Defender, for appellant;  Marion E. MacIntyre, 2nd Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

417 A.2d 760

Commonwealth ex rel. Burrell a/k/a Emerson v. Everitt.

Appeal of Burrell a/k/a Emerson.

Submitted March 12, 1979.   Paul W. Brann, for appellant;  Graham C. Showalter, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Order affirmed.